**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

OTHA L. ABNEY,

    Petitioner,

vs.                               Case No. 5:08cv307/MCR/EMT

EDWIN G. BUSS,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 6, 2011 (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The second amended petition for writ of habeas corpus (Doc. 15) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 12th day of July, 2011.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              CHIEF UNITED STATES DISTRICT JUDGE**